**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01215-CV

### HIGHLAND CAPITAL MANAGEMENT, L.P., Appellant

### V.

### PATRICK DAUGHERTY, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-04005**

## ORDER

By letter dated December 2, 2014, Court Reporter Antionette Reagor requested a thirty day extension of time to file the reporter's record. We **GRANT** her request. The reporter's record shall be filed within thirty days of the date of this order.

/s/      CRAIG STODDART
         JUSTICE